United States District Court
Southern District of Texas

**ENTERED**

March 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **FEVZI BIRGEC,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00305** |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT (ICE),** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Fevzi Birgec's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on the *pro se* Petitioner no later than **March 11, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents Response on or before **March 23, 2026**.

The Clerk of Court is **DIRECTED** to serve Respondent U.S. Immigration Customs Enforcement or its designee via certified mail at:

**Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485**

1 / 2

The Clerk of Court is **DIRECTED** to serve Respondent U.S. Immigration Customs Enforcement, Enforcement and Removal Operations, Harlingen Field Office at:

**Field Office Location**
**1717 Zoy Street**
**Harlingen, TX 78552**

The Clerk is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Finally, the Clerk of Court is also **DIRECTED** to mail a copy of this order to Petitioner at the following address via any receipted means:

**Fevzi Birgec**
A221348611
Webb County Detention Center
9998 South Zapata Highway 83
Laredo, TX 78046

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.
SIGNED this March 3, 2026.

Diana Saldaña
United States District Judge

2 / 2